# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

DAWOO MILLS

VERSUS

DOLLAR GENERAL
CORPORATE OFFICE

CIVIL ACTION

21-368-SDD-SDJ

## RULING

The Court has carefully considered the *Complaint*,[1] the record, the law applicable to this action, and the *Report and Recommendations*[2] of United States Magistrate Judge Scott D. Johnson dated December 15, 2022, to which no objection has been filed.

The Court hereby approves the *Report and Recommendations* of the Magistrate Judge and adopts it as the Court's opinion herein.

**ACCORDINGLY**,

**IT IS HEREBY ORDERED** that Plaintiff's action are DISMISSED without prejudice for failure to prosecute under Local Rule 41(b).

Signed in Baton Rouge, Louisiana the 9th day of January, 2023.

**CHIEF JUDGE SHELLY D. DICK**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

---

[1] Rec. Doc. 1.
[2] Rec. Doc. 4.